**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:  HALLIE CORNELIA THAXTON        ) CHAPTER 13
                                                                                 ) CASE NO. 10-62180
            Debtor(s)                                                    )

**O R D E R**

Upon a Motion and Hearing on the *8th* day of *August, 2013*, the Debtor's Attorney moved the Court for the entry of an order authorizing the Debtors to Incur the Debt for the purchase of a used *2008 Toyota Sienna* to be financed through *Credit Acceptance.* The total amount to be financed is approximately *$16,720.00* with an approximate interest rate of *17.99%.* There will be *54 monthly payments* of approximately *$454.00*, and upon the consideration of the Court; it is hereby,

**O R D E R E D**

that the Debtor(s) are hereby authorized to purchase the *2008 Toyota Sienna* to be financed through *Credit Acceptance* on the terms and in the amount as set forth above.
This new obligation shall not be used as a basis for subsequently reducing the plan payout to less than 100%.

Copies of this Order are hereby directed to COX LAW GROUP, PLLC, Counsel for Debtor, 900 Lakeside Drive, Lynchburg, VA 24501; Herbert Beskin, Trustee, PO Box 2103, Charlottesville VA 22902; and the Debtor(s), *2117 Edinboro Ave, Lynchburg, VA 24502*.

Entered:  August 16, 2013

_/s/ Rebecca B Connelly_____
U.S. Bankruptcy Judge

I ask for this:

___/s/ David Wright_____
David Cox
David Wright
COX LAW GROUP, PLLC
Counsel for Debtor(s)

Approved:

_/s/ Herbert Beskin, Trustee_
Herbert Beskin, Trustee