# UNITED STATES BANKRUPTCY COURT
## Western District of Virginia Lynchburg

**IN RE:**                                           **CASE NO: 10-62180**
**Hallie Cornelia Thaxton**                          CHAPTER 13
Debtor (s)

## NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), hereby gives notice that all presently held or future payments and correspondences to the creditor for the Court claim number 2 should be sent to the following address:

OLD ADDRESS:

ECMC                                    ECMC
Lockbox #8682                           PO Box 75906
PO Box 75848                            St. Paul, MN 55175
St. Paul, MN 55175-0848


NEW ADDRESS:

Please send all PAYMENTS to:            Please send all CORRESPONDENCE to:
ECMC                                    ECMC
Lockbox #8682                           PO Box 16408
PO Box 16478                            St. Paul, MN 55116-0408
St. Paul, MN 55116-0478



Educational Credit Management Corporation



By: _/s/ Xong, Michelle                 Date: **April 1, 2015**
Michelle Xong, Bankruptcy Representative
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408AA
Ph: 888-363-4562