U. S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
FORM 4004-1A

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re: Hallie Cornelia Thornton    CASE NO. 1 0 - 62180

CHAPTER 13

## DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. §1328

The Chapter 13 Trustee has filed a notice of completion of payments in my case and I am hereby requesting that the court issue a discharge. I testify, under penalty of perjury, to the following:

1. I/We have completed an instructional course concerning personal financial management as described in 11 U.S.C. §111.

2. I/We have not received a discharge in a Chapter 7, 11, or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3. I/We have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4. I/We did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of the statutory amount in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].

5. There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

6. If applicable, I/we certify that as of the date of this certification that I/we have paid all amounts due under any domestic support obligation [as that term is defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute, including amounts due either (i) before this bankruptcy case was filed and provided for in the Plan, or (ii) due at any time after the filing of this bankruptcy case.

I/we certify under of penalty of perjury that the foregoing is true and correct.

Debtor: Hallie Cornelia Thornton    Date: 11/30/15

Debtor: _____    Date: _____